IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD GALE ZLOMKE, | ) | 4:12CV3018 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER ON MOTION TO** |
| ROBERT HOUSTON, | ) | **VOLUNTARILY DISMISS** |
| | ) | |
| Respondent. | ) | |

This matter is before me on a "Petition and Motions Withdrawn," filed by the petitioner, Richard Gale Zlomke, which I liberally construe as a Motion to Voluntarily Dismiss this matter. (Filing No. 13.) In Zlomke's motion he states that the circumstances giving rise to this action, which was his failure to receive a timely parole board hearing, no longer exist because he has been granted a hearing. (*Id.* at CM/ECF p. 2.) For good cause shown, the motion is granted and this matter is dismissed.

IT IS THEREFORE ORDERED that:

1.   Zlomke's "Petition and Motions Withdrawn," construed as a Motion to Voluntarily Dismiss (filing no. 13), is granted.

2.   A separate judgment will be entered in accordance with this Memorandum and Order on Motion to Voluntarily Dismiss.

3.   All other pending motions are denied.

Dated April 16, 2012.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge